**NACMIAS LAW FIRM PLLC**

592 PACIFIC STREET, 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

September 20, 2024

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007
(212) 805-0238

    Re:    *VOLFMAN v. ORIGINAL PUGLIA, INC. d/b/a PUGLIA and BSD HESTER LLC*
           <u>**DOCKET NO. 1:24-cv-03692**</u>

Dear Judge Subramanian:

    The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write to request an adjournment for the Initial Pretrial Conference scheduled for October 1, 2024 and extension of time for defendant to appear and file an answer before pursuing a motion for default judgment. This is plaintiff's first request for this relief.

    Defendant representative for ORIGINAL PUGLIA, INC. d/b/a PUGLIA has recently been in communication with our office. Service was effectuated on July 9, 2024 via the secretary of state. The parties respectfully request Your Honor allow the parties thirty (30) days in order to continue settlement discussions and for defendant to file a notice of appearance and respond to the complaint.

    Thank you for your time and consideration on this matter.

DENIED. Defendants' answer is due on September 30, 2024, and the Court will see the parties **in person** on October 1, 2024. The parties should submit a joint letter and proposed Case Management Plan in advance of the Conference pursuant to the Court's prior order. Both counsel should read the Court's Individual Practices before making any further submissions to the Court. The remote conference scheduled for October 1 is converted to an in person conference to take place at 500 Pearl Street, Courtroom 15A, New York, NY, 10007.
The Clerk of Court is respectfully directed to terminate the motion at ECF No. 8.

SO ORDERED.

*[signature: Arun Subramanian]*

Arun Subramanian, U.S.D.J.
Date: September 24, 2024

Respectfully,

*[signature: Andre Autz]*

Andre Autz, Esq.
    *Attorney for the Plaintiff*
Nacmias Law Firm, PLLC
592 Pacific Street, 1st Floor
Brooklyn, NY 11217
<u>aautz@nacmiaslaw.com</u>
917-602-6057